**FILED**
June 5, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08-cr-151 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Alisha Sponsler, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _Alisha Sponsler_ Case _2:08-cr-151 MCE_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_ Release on Personal Recognizance

- \_ Bail Posted in the Sum of _____

- \_ Unsecured bond in the amount of

- \_ Appearance Bond with 10% Deposit

- \_ Appearance Bond secured by Real Property

- \_ Corporate Surety Bail Bond

- X (Other) _Probation conditions/supervision as prescribed by Officer Hendley_

Issued at _Sacramento, CA_ on _6/5/08_ at _3:04 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge